

NEW YORK   PENNSYLVANIA   NEW JERSEY   DELAWARE

Thomas S. D'Antonio
T. (585) 454-0715
F. (585) 231-1902
tdantonio@wardgreenberg.com

**VIA CM/ECF**

November 14, 2018

Hon. David E. Peebles
Chief U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, New York 13261

    *Re:*    *Dr. Mukund Vengalattore v. Cornell University, et al.*
           3:18-CV-01124(GLS/DEP)

Dear Judge Peebles:

We represent defendant Cornell University in the above action. We are in receipt of Mr. Larkin's letter request for an extension for the federal defendants to answer or otherwise move against the Complaint to January 24, 2019 (the date we believe to be 45 days from the federal defendants' current deadline to answer or move). We consent to Mr. Larkin's request. We have contacted plaintiff's counsel, Caleb Kruckenberg, and asked if he would consent to a corresponding extension for the University to answer, move against, or otherwise respond to the Complaint, so that all of the parties are on the same schedule. Mr. Kruckenberg graciously agreed and informed us that he consents to the University's deadline to answer or move against the complaint being extended to the same day as the federal defendants. Accordingly, we respectfully request that if the federal defendants' request for an extension is granted, that the University be granted a corresponding extension up to and including January 24, 2019 (the date which we understand to be 45 days from the current deadline for the federal defendants to answer or move) to answer, move against, or otherwise respond to the Complaint.

We also respectfully join in Mr. Larkin's request that the deadlines for the service of initial disclosures (currently due to be served December 28, 2018) and the initial conference (currently scheduled for January 4, 2019) be extended for 45 days as well.

If the requested extensions are acceptable to the Court, we respectfully request that they be SO ORDERED.

WARD GREENBERG HELLER & REIDY LLP

1800 Bausch & Lomb Place | ROCHESTER NY 14604 | T. 585 454 0700 | F. 585 423 5910 | WARDGREENBERG.COM

Hon. David E. Peebles
November 14, 2018
Page 2


Respectfully,

/s Thomas S. D'Antonio (Bar No. 510890)

Thomas S. D'Antonio


cc: William F. Larkin, Esq. (VIA CM/ECF)
    Caleb Kruckenberg, Esq. (VIA CM/ECF)


                          SO ORDERED: _____
                                             David E. Peebles
                                   United States Magistrate Judge