# Exhibit 24

 **Cornell University**

**Appendix A Table of Contents:**

The Complainant[1] Interviews:
1. The Complainant – February 16, 2015 (phone)
2. The Complainant – February 23, 2015 (phone)
3. The Complainant – April 2, 2015 (in person)
4. The Complainant – April 28, 2015 (phone)
5. The Complainant – July 17, 2015 (phone)
The Respondent Interviews:
1. The Respondent – March 3, 2015 (in person)
2. The Respondent – April 20, 2015 (in person)
Witness Interviews:[2]
1. **Ritchie Patterson – March 20, 2015 (in person)**
2. *Srivatsan "Vatsan" Chakram Sundar – March 20, 2015 (in person)*
3. *Yogesh Patil – March 20, 2015 (in person)*
4. **Susan Holcomb – March 20, 2015 (phone)**
5. **Mohammad Hamidian – March 23, 2015 (in person)**
6. ██████ [Redacted] – April 2, 2015 (in person)
7. **Eliza Buhrer-Kapit – April 2, 2015 (in person)**
8. **Rachel Mathis – April 9, 2015 (phone)**
9. Eliot Kapit – April 9, 2015 (phone)
10. **Brittany Johnson – April 10, 2015 (phone)**
11. Stefan Natu – April 15, 2015 (phone)
12. Ian Spielman – April 16, 2015 (phone)
13. *Swati Singh – April 16, 2015 (phone)*
14. *Sunil Bhave – April 17, 2015 (phone)*
15. *Scott Flanz – April 30, 2015 (phone)*
16. **Dan Stamper-Kurn – April 30, 2015 (phone)**
17. **Kristina Collins Hay – May 4, 2015 (phone)**
18. *Keith Schwab – May 4, 2015 (phone)*
19. *Shannon Harvey – May 6, 2015 (phone)*
20. **Daniel Ralph – May 6, 2015 (in person)**
21. **Collin Reynolds – May 6, 2015 (phone)**
22. Lorraine Sadler – May 11, 2015 (phone)
23. *Kasturi Saha – June 4, 2015 (phone)*
24. *Gretchen Campbell – June 4, 2015 (phone)*

[1] For ease of reading, consistency, and confidentiality, the parties are referred to by The Complainant and The Respondent, students are referred to by their first names, and faculty are referred to by their surnames.

[2] Witnessed whose names are in **bold** were included on The Complainant's witness list, witnesses whose names are in *italic* were included on the The Respondent's witness list, and witnesses whose names are neither were called by the interviewers.