# Exhibit 25

**Cornell University**
**Division of Human Resources**

**Appendix B Table of Contents:**

1. Medical Record
    - The Complainant's medical record, dated January 27, 2015, redacted for personal information, consistent with the investigator's regular practice.

2. Text Messages Provided by ▇▇▇ ------
    - Text messages between The Complainant and ▇▇▇ ------ dated October 9, 2012 to June 27, 2012.

3. Emails with The Complainant Provided by the Respondent
    - Emails between The Complainant and The Respondent from on or about Fall 2010 to Spring 2012

4. Emails with The Respondent Provided by The Complainant
    - Emails between The Complainant and The Respondent from on or about December 2010 to December 2011

5. The Complainant's Redacted Phone Records
    a. Phone Analysis
    b. Call Details
    c. Redacted Records

6. Text Messages Provided by The Respondent

7. Emails re. Drafting Article Provided by The Complainant

8. Emails re. Physical Review A Provided by The Complainant

9. Emails re. Physical Review A Provided by The Respondent

10. The Complainant Letter to Physics Dept. (5.10.14)

11. The Respondent Response to DGS (4.11.14)

12. The Respondent University Appeal (2.27.15)

13. The Respondent 3rd Yr. Review (12.6.11)

14. October 25, 2012 Email

15. Prof. Schwab Ltr. (7.17.14)

16. The Respondent Emails with Stefan Natu

17. Twitter Screen Shots
    a. October 2, 2015
    b. August 19, 2015

18. The Complainant Emails to Investigators (emails from the parties containing substantive information relevant to the investigation are included in this appendix)
    a. 2.4.15 Email
    b. 5.15.15 Email Re. Phone Records
    c. 4.27-29.15 Email Re. 2nd and 3rd Yr. Reviews and Forwarding Emails with Michelle Wang
    d. 4.27.15 Email Re. 12.31.10 Bus with Credit Card Statement
    e. 4.21.15 Email Re. 12.31.10 Bus, Forwarding 12.31.10 email
    f. 4.16.15 Email Re. Medical Records
    g. 3.11.15 Email Re. iPad and Syracuse Mall
    h. 2.23.15 Email Re. Gifts
    i. 6.15.15 Email Re. Investigation
    j. 12.12.14 Email
    k. 6.23.15 Email Re. Investigation

19. The Respondent Emails to Investigators (emails from the parties containing substantive information relevant to the investigation are included in this appendix)
    a. 3.2.15 Email Re. First Interview
    b. 3.3.15 Email Re. Forwarding email from Landlord
    c. 3.3.15 Email Re. Forwarding The Complainant email with Itai Cohen
    d. 3.3.15 Email Re. Investigation
    e. 3.4.15 Email Re. Investigation
    f. 3.4.15 Email Re. Investigation
    g. 3.11.15 Email Re. Investigation
    h. 3.11.15 Email Re. 3rd Year Review
    i. 4.20.15 Email Re. Forwarding The Complainant 12.31.10 Email Re. Cat
    j. 4.20.15 Email Re. Investigation
    k. 5.7.15 Email Re. Investigation
    l. 6.16.15 Email Re. Investigation
    m. 11.25.14 Email
    n. 6.21.15 Email Re. Investigation
    o. 6.25.15 Email with attached
        i. Written Response including emails
        ii. Prof. Mueller Handwritten Notes

20. The Complainant Witness List Annotated

21. House Diagram

    a. By the Complainant
    b. By the Respondent

22. May 22, 2015, Letter from Prof. Meystre

23. Responses to May 26, 2015, Draft Appendix A and Appendix B
    a. From the Complainant
    b. From the Respondent

24. Email "Discussion following Grad student feedback" provided by the Respondent

25. M1 Lab Log: The lab log is located in the Respondent's lab and, in accordance with lab policy, was not removed from the lab. The investigator had the opportunity to review the lab logs and scanned the selections included herein. With respect to portions of the lab log that were not scanned: (1) the Complainant's last lab log entry for December 2010 was made on December 15, 2010 and the Complainant's first lab log entry for January 2011 was January 24, 2011; and (2) during 2012, the lab log reflects that the Complainant made entries reflecting various work on M1, including the entries in late August and early September included herein. The investigator notes that the lab log is not used to record attendance in the lab.

26. Respondent's Cornell Email December 15, 6, 2015 (Note: There were no emails in the Respondent's sent mailbox.)

27. Screenshots of "created on date" for December 15, 2010 Files

28. Emails to the Respondent provided by the Complainant prior to the Respondent's March 3, 2015, interview. Note: Additional emails were later provided by both parties. These were the emails available for review with the Respondent as his initial interview.