AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| Dr. Mukund Vengalattore | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:18-cv-01124-GLS-TWD |
| Cornell University | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dr. Mukund Vengalattore                                                                                               .

Date:    07/29/2022                                    /s/ Brian Rosner
                                                         *Attorney's signature*

                                                     Brian Rosner (518312)
                                                   *Printed name and bar number*

                                                  New Civil Liberties Alliance
                                                1225 19th Street NW, Suite 450
                                                    Washington, DC 20036

                                                           *Address*

                                                 Brian.Rosner@ncla.legal
                                                      *E-mail address*

                                                      (202) 869-5210
                                                     *Telephone number*


                                                       *FAX number*