

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**SUZANNE M. MESSER, ESQ.**
smesser@bsk.com
P: 315.218.8628

December 22, 2022

**VIA ELECTRONIC FILING**

Hon. Therese Wiley Dancks, Magistrate Judge
Northern District of New York
Federal Building and U.S. Courthouse
100 South Clinton Street
Syracuse, NY  13261

Re:   *Vengalattore v. Cornell Univ.*
      Civil Action No. 3:18-cv-1124-GLS-TWD

Dear Magistrate Judge Dancks:

We represent Cornell University in this action.  We write on behalf of both parties to request an extension in the deadline to complete a mediation in this matter.

The parties have exchanged initial responses to each other's written discovery demands.  Plaintiff produced a substantial number of documents this week, and we are diligently reviewing documents in preparation for producing those documents to Plaintiff in the first half of January 2023.  In light of the effort to complete much of document discovery prior to the mediation, we request additional time, or until March 15, 2023, to complete the mediation.

There is a status conference scheduled for February 6, 2023.  We defer to the Court as to whether to keep this scheduled conference or whether the Court would prefer to adjourn that conference until after the new mediation deadline.

If this meets with the Court's approval, please "so order."

We wish you a safe and happy holiday season!

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*s/Suzanne M. Messer*

Suzanne M. Messer, Esq.

cc: All Counsel via ECF

15232072

Attorneys At Law | A Professional Limited Liability Company