UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DR. MUKUND VENGALATTORE,

        Plaintiff,

v.

CORNELL UNIVERSITY,

        Defendant.

**REPLY DECLARATION OF SUZANNE M. MESSER IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Civil Action No. 3:18-cv-1124-GLS-TWD

**SUZANNE M. MESSER**, declares, pursuant to 28 U.S.C. 1746, that the following is true and correct:

1. I am an attorney duly licensed to practice law in the State of New York and am a member of the law firm of Bond, Schoeneck & King, PLLC, counsel for Defendant Cornell University ("Cornell").

2. I make this declaration in further support of Cornell's motion for summary judgment.

3. On July 19, 2023, John Siliciano testified at a deposition in this action. A true and accurate copy of excerpts from the transcript of Mr. Siliciano's deposition, as well as Deposition Exhibit 9, is attached as **Exhibit A**. These excerpts and Deposition Exhibit 9 are cited in footnote 2 of the Reply Memorandum of Law in Further Support of Cornell University's Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 3, 2024

                                            */s/ Suzanne M. Messer*
                                            Suzanne M. Messer