

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**SUZANNE M. MESSER, ESQ.**
smesser@bsk.com
P: 315.218.8628

December 13, 2024

**VIA ELECTRONIC FILING**

Hon. Thérèse Wiley Dancks
United States District Court, Northern District of New York
100 South Clinton Street
PO Box 7346
Syracuse, New York 13261

Re:   *Vengalattore v. Cornell University*
      Civil Action No. 3:18-cv-01124-GLS-TWD

Dear Magistrate Judge Dancks:

Pursuant to the Court's November 12, 2024, Text Order, we write on behalf of both parties to provide a status report.

Since the November 12, 2024, settlement conference, the parties have exchanged multiple drafts of a settlement agreement and have consulted by phone concerning the settlement agreement. While we have reached agreement on the language of most provisions, we are continuing to discuss others and hope to reach agreement on the remaining issues.

To allow the parties to continue their discussions, we hereby request that the Court extend the deadline to file a Notice of Dismissal or to provide a further status report up to and including December 23, 2024.

If this meets with the Court's approval, please "so order."

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/Suzanne M. Messer*

Suzanne M. Messer, Esq.

cc: Counsel of Record (via ECF)