

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**SUZANNE M. MESSER, ESQ.**
smesser@bsk.com
P: 315.218.8628

December 23, 2024

**VIA ELECTRONIC FILING**

Hon. Thérèse Wiley Dancks
United States District Court, Northern District of New York
100 South Clinton Street
PO Box 7346
Syracuse, New York 13261

Re:    *Vengalattore v. Cornell University*
       Civil Action No. 3:18-cv-01124-GLS-TWD

Dear Magistrate Judge Dancks:

Pursuant to the Court's December 16, 2024, Text Order (ECF Doc. No. 136), please accept this correspondence as a further status report concerning the parties' efforts to finalize the settlement agreement in the above-referenced matter.

Since our December 13, 2024, status report, the parties continued to confer regarding two provisions of the settlement agreement and reached an agreement on one of those provisions on Friday, December 20. We have continued to discuss the remaining provision at issue up to and including this morning. Counsel for the parties are hopeful that our most recent exchange has resolved the remaining issue but await final confirmation from Dr. Vengalattore. Plaintiff's counsel is attempting to reach him, but communications with Dr. Vengalattore while he is at work are limited.

In light of the holidays, we respectfully request that the Court allow the parties until January 6, 2025, to provide the Court with confirmation that the parties have finalized the settlement agreement.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/Suzanne M. Messer*

Suzanne M. Messer, Esq.

cc: Counsel of Record (via ECF)