

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**SUZANNE M. MESSER, ESQ.**
smesser@bsk.com
P: 315.218.8628

January 6, 2025

**VIA ELECTRONIC FILING**

Hon. Thérèse Wiley Dancks
United States District Court, Northern District of New York
100 South Clinton Street
PO Box 7346
Syracuse, New York 13261

Re:   *Vengalattore v. Cornell University*
      Civil Action No. 3:18-cv-01124-GTS-TWD

Dear Magistrate Judge Dancks:

Pursuant to the Court's December 23, 2024, Text Order (ECF Doc. No. 138), please accept this correspondence as a further status report concerning the parties' efforts to finalize the settlement agreement in the above-referenced matter.

Since our December 23, 2024, status report (ECF Doc. No. 137), the parties have finalized a written settlement agreement, and Plaintiff has executed the agreement. We anticipate that the agreement will be fully executed early next week.

We request that the Court allow the parties up to and including January 17, 2025, to file a Stipulation of Dismissal.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/Suzanne M. Messer*

Suzanne M. Messer, Esq.

cc: Counsel of Record (via ECF)

Attorneys At Law | A Professional Limited Liability Company